## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                           **CASE NO.: 2:18-CR-003**

**LEILA HECTOR,**

     **Defendant.**

## MOTION TO DISMISS COUNTS SIXTEEN THROUGH NINETEEN

COMES NOW, the Defendant, Leila Hector, by counsel, pursuant to Rules 8(a) and 12(b)(3) of the Federal Rules of Criminal Procedure and the Fifth and Sixth Amendments to the United States Constitution and moves the Court to dismiss Counts Sixteen, Seventeen, Eighteen and Nineteen of the Superseding Indictment.

Counts Sixteen through Nineteen are duplicitous. In these counts, the grand jury charges Defendant with both distribution and possession with intent to distribute a controlled substance in violation of separate clauses of 21 U.S.C. §841(a).

Because the separate clauses of 21 U.S.C. §841(a)(1) create two, distinct offenses, Counts Sixteen through Nineteen are improper as a matter of law and subject to dismissal prior to trial.

WHEREFORE, for the reasons stated above and in his accompanying memorandum, Defendant, Leila Hector, respectfully prays that Counts Sixteen, Seventeen, Eighteen and Nineteen of the Superseding Indictment be dismissed with prejudice.

                                     **Respectfully Submitted,**
                                     **LEILA HECTOR**
                                     **By Counsel**

Jay H. Steele, Esq.
Counsel for Defendant
VSB#: 20659
P.O. Box 2577
Lebanon, VA 24266
276-889-3519
276-889-4792 (fax)
jhs@jayhsteeleatty.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2019, I electronically filed the foregoing

with the Clerk of this Court using the CM/ECF system which will send notification of such filing

to counsel of record in this case.

Jay H. Steele, Esq.