Text Messages Between ATF UC and DYKES
11/2/17 – 11/8/17



Text Messages between ATF UC and DYKES
11/2/17 – 11/8/17 (Continued)

