Dec 11, 2017 1:47:42 PM                              Printed By: G930KSTI from: M930VA0153



**End Image**

**IMF**/image/jpeg

**IMY**/Driver License Photo

**IMD**/2016-05-13

**IMT**/00:00:00

**IMI**/true

**OLN**/053252372

**OLS**/GA

**ISS**/2016-05-13

**EXP**/2024-05-14

**PERMIT_QTY**/0

**CDL_CODE**/C

**NON-CDL_CLASS_TEXT**/MOTOR VEHICLES WITH GVWR LESS THAN 26,001 POUNDS AND ALL VEHICLES NOT INCLUDED WITHIN CLASSES A, B, AND M.

**NON-CDL_CLASS_CODE_TEXT**/

**CDL_STATUS_TEXT**/SUSPENSION(ALL)

**NON-CDL_STATUS_TEXT**/SUSPENSION(ALL)

**STATE_SPECIFIC**/

PEEK,TIMOTHYTIMOTHYPEEK1984-05-14Mtrue

**MRI:** 715901 **IN:** NLI1 9505 AT 11DEC2017 13:44:26

**OUT:** M930VA0153 16 AT 11DEC2017 13:44:27

Dykes Discovery 002042