

VERIZON SECURITY COURT ORDER COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921
Phone: 800-451-5242 Fax:888-667-0026

November 28, 2018

**Bureau of Alcohol, Tobacco, Firearms and Explosives**

**Verizon Case #: 170282806**
**Docket / File #:**

State of New Jersey

ss:

City of Bedminster

I, David Koslowski, being duly sworn, depose and say:

1. I am the custodian of records for Verizon, and in that capacity, I certify that the electronic files of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business
2. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ David Koslowski