# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 2:18CR00003-002 |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **LEILA VARETTA HECTOR,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant. ) | |

*Leila Varetta Hector, Pro Se Defendant.*

The defendant was convicted after a five-day joint jury trial with her husband, James Lee Dykes, of conspiracy to distribute or possess with intent to distribute controlled substances and distributing or possessing with intent to distribute 50 grams or more of methamphetamine. She was sentenced on December 19, 2019, to 121 months imprisonment on each count to run concurrently. She appealed and was permitted to remain on bond and conditions of release pending that appeal. The judgment of conviction and sentence was affirmed by the court of appeals on February 9, 2022. *United States v. Hector*, Nos. 19-4957, 20-4052, 20-6414, 20-6467, 2022 WL 402493 (Feb. 9, 2022), *reh'g denied* (4th Cir. Mar. 15, 2022). The defendant thereafter filed the present pro se motion seeking to extend the time to report to serve her sentence, or, in the alternative, to reduce her sentence.

-2-

The defendant clearly has serious health issues, which was the reason that her sentence of imprisonment was stayed pending her appeal, Order, Mar. 27, 2020, ECF No. 748, and a fact that I acknowledged at her sentencing, Sent. Tr. 26, ECF No. 690. Indeed, she has never been incarcerated during the pendency of this prosecution except for a brief period in March of 2018 following her arrest. However, I do not find it appropriate to continue her on bond or reduce her sentence. She was convicted of a serious crime and was accordingly sentenced to a lengthy prison sentence. The Bureau of Prisons has medical facilities that are able to treat the defendant and the time has arrived that she must begin service of her sentence.

For these reasons, the defendant's motion, ECF No. 895, and her separate motions to appoint counsel, ECF Nos. 899, 912, are **DENIED**.

It is so **ORDERED**.

ENTER: May 2, 2022

/s/ JAMES P. JONES
Senior United States District Judge