CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAY 20 2022

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF VIRGINIA BIG STONE GAP DIVISION

UNITED STATES OF AMERICA

No. 2:18-CR-00003-JPJ
No. 20-9702

v.

Leila Varetta Hector,
    DEFENDANT.

## NOTICE OF APPEAL

Comes now Defendant Leila Varetta Hector, prose, and Appeals the Courts ruling dated May 5 2022, (ECF No. 895, 899, 912) and May 10, 2022, (ECF No. 918) denying her motions. Defendant requests this Court to forward her complete record to the Fourth Circuit Court of Appeals, on this 18 day of May, 2022.

*Leila Varetta Hector*

Leila Varetta Hector, 22085-084
1060 Fuller Road
Watkinsville, Georgia 30677