CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
February 19, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 2:18CR0003-002 |
| v. ) | **FINAL ORDER** |
| ) | |
| **LEILA VARETTA HECTOR,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant. ) | |

For the reasons stated in the Opinion accompanying this Final Order, it is ORDERED that the Motion to Vacate Sentence under 28 U.S.C. § 2255, ECF No. 1061, is DENIED. It appearing proper, a certificate of appealability is DENIED.

ENTER: February 19, 2025

/s/  JAMES P. JONES
Senior United States District Judge